```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-095-RHW |
| Plaintiff, | ) ) | ORDER FOLLOWING: |
| v. | ) ) | ☑ INITIAL APPEARANCE |
| | ) | ☐ ARRAIGNMENT |
| ROLAND W. FINNEY, | ) ) | ☐ PRETRIAL RELEASE REVOCATION HEARING |
| Defendant. | ) | ☑ MOTION HEARING |
| | ) ) | ☑ MOTION GRANTED (uncontested) **(Ct. Rec. 59)** |
| | ) ) | ☑ MODIFICATION OF RELEASE CONDITIONS |

Date of hearing: October 23, 2008.

☑    Petition for action: Pretrial

Defendant was advised of, and acknowledged, Defendant's rights.

☐    Probable cause hearing is set for _____, at _____.

☐    Defendant, personally and through counsel, waived Defendant's right to a probable cause hearing.

☐    Bail hearing is set for _____, at _____.

    ☐ Pending the bail hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

ORDER - 1

☑ Uncontested Motion to modify **GRANTED**. Defendant's previously ordered conditions of release are modified as follows:

Defendant is allowed to reside with Ms. Cooley and their children.

All other conditions remain.

☐ Pretrial release revocation hearing is set for _____.

☐ Directive(s) to U.S. Marshal: _____

☑ Other: _Uncontested motion granted. No action taken on Petition._

DATED October 23, 2008.

_____
CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 2