UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-08-095-RHW |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO EXPEDITE AND |
| ) | MOTION TO MODIFY CONDITIONS |
| ROLAND W. FINNEY, ) | OF RELEASE |
| ) | |
| Defendant. ) | |

The unopposed Motion to Expedite (Ct. Rec. 166) and Motion to Modify Conditions of Release (Ct. Rec. 165) are **GRANTED**. Defendant is released from electronic monitoring, and shall instead comply with a curfew of 10:00 pm to 6:00 a.m.

DATED April 13, 2009.


                S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE
AND MOTION TO MODIFY CONDITIONS OF RELEASE - 1