UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-095-RHW |
| Plaintiff, | |
| v. | ORDER DENYING AS MOOT MOTION TO EXPEDITE AND DENYING WITHOUT PREJUDICE MOTION FOR RECONSIDERATION |
| ROLAND W. FINNEY, | |
| Defendant. | |

Before the court is Defendant's Motion for Reconsideration (Ct. Rec. 194) and Motion to Expedite (Ct. Rec. 195). At Defendant's June 24, 2009, hearing, the undersigned indicated detention could be revisited if additional structure were proffered for the release plan, including a detailed proffer as to how Defendant would meet his obligations to attend treatment appointments and appointments with Child Protective Services. While Defendant proffers he would abstain from alcohol, no additional proffer has been received. Accordingly, the Motion for Reconsideration **(Ct. Rec. 194)** is **DENIED without prejudice.** The Motion to Expedite **(Ct. Rec. 195)** is **DENIED as moot.**

**IT IS SO ORDERED.**

DATED July 14, 2009.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING AS MOOT MOTION TO EXPEDITE AND
DENYING WITHOUT PREJUDICE MOTION FOR RECONSIDERATION - 1